# EXHIBIT A

# Contract



GEORGIA-PACIFIC

**Mail Invoice To:**

Georgia Pacific Passport CB
c/o GP FINANCIAL MANAGEMENT
P.O. BOX 981954
EL PASO TX 79998-1954

**Vendor:**

**Heath Lewis**
MOR PPM, INC.
1127 SOUTH MAIN STREET
PO BOX 118
SOCIETY HILL SC

**Please Direct Inquiries to:**
**W THOMAS KISER**
Title:   PURCHASING BUYER
Phone:   (229) 372-5347          Ext:
Fax  :   (404) 654-4880

**Work Location:**

GP CEDAR SPRINGS LLC
GP CONTAINERBOARD LLC
PO BOX 44 HWY 273 WEST
CEDAR SPRINGS GA 39832

---

Title:   #1 RB FLOOR REPLACEMENT

      **  DUPLICATE COPY  **

---

Total Value    :    $855,000.00    USD
Pricing Method:    LUMP SUM PRICE

Contract Type :    CONSTRUCTION          Start Date:   04/30/2010
Project        :    CSC210-004            End Date  :   06/30/2010

_____          _____
    Vendor Authorized Signature                  Authorized Signature

_____          _____
    Printed Name/Title                           Printed Name/Title

_____  _____         _____  _____
Date Signed          Phone                Date Signed          Phone

## Scope of Work

Please plan to attend a pre-bid meeting Monday March 29, 2010 at 10:00 AM
EST
in the engineering pre-bid conference room

Request For Proposal 1321

#1 Recovery Boiler
Floor Tube Panel Replacement

| | Contract | | |
|---|---|---|---|

| | | Contract: | 00113537 |
| | | Release : | |
| | | Executed: | 04/26/2010 |
| GEORGIA-PACIFIC | | Printed : | 05/24/2010 |
| | | Page : | 2 |

Mechanical Scope of Work

Provide all labor, material (except as noted), tools, equipment, supervision and services required to fulfill the scope of work as described below.

The scope of work herein defined is not intended to be all inclusive and any item(s) not specifically addressed but required for the satisfactory completion of the project are included as if stated.

1.    General
1.1    Provide a lump sum quotation.  Lump sum pricing to include all expenses associated with project scope, and mobilization of labor and equipment resources to and from mill jobsite.
1.2    Provide a schedule, manpower and space requirements to perform this work.  Also include a rigging plan for sizing and usage.
1.3    Work will take place during the May Outage as outlined below.
1.4    All contractor employees must provide documentation supporting the online           training of each individual for the mill's Safety Training and Testing program.  This training plan will enable all contract employees to serve as confined space attendants and fire watches for all projects which require those roles.  All testing will be done prior to coming to the mill for work.  For information on the test site, go to www.Abbottsfield.com/gp-CedarSprings.
1.5    The contractor must provide a safety designee that has full knowledge of the
  GP CSO Contractor's Safety Manual and has passed the 100-question safety

 designee exam.  A safety designee must be on-site at all times during the work.
       1.6           All hot work requires a dedicated fire watch.  Fire watch must have a
               minimum 20# fire extinguisher available.
       1.7           All confined space entry points will require a dedicated confined space
          attendant.
1.8    Each employee will require at least 2 locks for lockout purposes.
1.9    Each confined space will require a contractor supplied gas Monitor.
       1.10   All gases for welding and cutting will be supplied by GP. Submit your
               requirements with the bid.
1.11   The contractor will retrieve GP supplied material from storage and transport to            the work site if required.
1.12   Transport all demolished or scrap metal to the GP scrap metal pile.
1.13   Transport all other non-food waste to the GP industrial landfill.
       1.14   Transport all garbage, including food/beverage waste, offsite.
1.15   110-volt powers is available in the area, but it is accessed via a contractor               supplied twist-to-house adaptor.
1.16   The work will be in accordance with the Georgia Pacific's general

# Contract

 **Georgia-Pacific**

GEORGIA-PACIFIC

| | |
|---|---|
| Contract: | 00113537 |
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page : | 3 |

conditions                                                dated
4/11/01.
1.17    Bid the work as shown below.  Submit any alternates as a separate
bid.
1.18    Include the GP contract number on all correspondence.
1.19    Georgia-Pacific Cedar Springs Operations millsite is a tobacco free
millsite for              all contractor employees.  This policy will be
strictly enforced for all contract              work at the mill site.

2.    Scope of Work:
2.1    General
2.1.1    Contractor will examine the site.  Contractor is responsible for
verifying all construction and conditions.  No extra payment will be
considered for additional work, if such work would have been apparent in
an inspection of the premises.
2.1.2    Assume all work on equipment in #1 Recovery Boiler will take
place during an outage beginning May 17th.
2.1.3    The Power Boiler will be in use during the execution of the
project.  All construction work will be executed on the #1 Recovery
Boiler, while the other boilers are in use.  The contractor will provide
and maintain all OSHA &/or GP required signs or obstructions to maintain a
safe work area.
2.1.4    Area equipment will be locked out.  A satellite lockbox will be
utilized by all contractors performing work on the #1 Recovery Boiler.  2
Locks per craftsman should be supplied.
2.1.5    The contractor is responsible for any damage to GP property
during the work.
2.1.6    No butt welds will be allowed in the furnace floor.  Any damage
to floor tubes, which require a Dutchman, will be replaced for the entire
length at the contractor's expense.
2.1.7    GP will provide floor panels, membrane bar, floor beams, claws,
all seal plates and associated steel, and filler plates.  All other
materials and consumables not listed in this package to be provided by
contractor.
2.1.8    Contractor to provide labor and equipment necessary to unload all
materials and equipment for the project.
2.1.9    Provide hard and soft copies of all drawings and calculations
performed for this work.
2.1.10    For ASME Code Work, provide welder certs, WPS, material
documentation, R-1, etc. as required to document the work.  Contractor to
provide AI.
2.1.11    Scaffolding, paint and insulation by others.  Contractor to
provide a plan for scaffold and insulation removal requirements two weeks
prior to start of March outage to enable pre-work to take place in time
for outage.
2.1.12    GP to provide NDT Services.  Contractor must provide at least
24-hr scheduling notice for NDT.

I.    GENERAL
Furnish all labor, consumable materials, supervision, tools, equipment and

## Contract

 Georgia-Pacific

GEORGIA-PACIFIC

| Contract: | 00113537 |
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page : | 4 |

services to replace floor beams, panels, and other equipment noted below
in #1 Recovery Boiler – B&W Serial # BW-526-0214, National Board # 24941.


Base Scope/Materials

Complete floor replacement consisting of 3 panels (75 tubes total) from
inlet header tube seats to a field weld line 6 inches up the rear wall
beyond the bend tangent and just below the primary air wind box. The tubes
are 3" OD spaced on 4" centers.

The furnace is 25'-2" wide and 26'-2" deep.

Panel 1 – LH side panel is to be 21 tubes wide
Panel 2 – Middle Panel is to be 33 tubes wide
Panel 3 – RH side panel is to be 21 tubes wide

Tube material is 2.875" OD x .203" MW x SA210A1CF MLR carbon steel with a
360° coverage finished weld overlay thickness of 0.070" +/-0.010" thick
Inconel 625 material making the final tube approximately 3" diameter.


II.    DRAWINGS AND SPECIFICATIONS
A.     Specifications and Original Drawings:
1.     Specification CS-ME-BLRE-000 Boiler Erection Specification
2.     General Arrangement S 13631J Rev 7
3.     Erection arrangement Water Wall Pressure Parts 14516J Rev. 7
4.     Arrangement Seals at Floor 427604E Rev. 1
5.     Erection Arrgt. Prim. & Sec. Rear Wind Box 430975 E Rev. 0
6.     Arrgt. & Det. Furnace Floor Casing 430991 E Rev. 0
7.     Erection Arrgt. Furn. Floor Supports 430996E Rev. 0

III.   SCOPE OF WORK

Scope
1.     Remove necessary components of outer boiler to facilitate removal
and installation of floor.
2.     Contractor to provide list of components to be removed/reinstalled
3.     Remove floor tubes, header, beams and other necessary parts.
4.     After the removal the Contractor will reinstall the panels, floor
beams, side seals, filler plates, and peanuts.
5.     The tubes will be beveled 30 degrees and the overlay will not have
to be removed on the tube, when the carbon portion is welded the weld will
be x-rayed and if accepted it will be over-laid with Inconel and will be
checked for cracks by NDT.
6.     The lower end of the tubes will have the weld overlay terminate 6"
beyond the bend tangent. The upper end of the panels will have the overlay
to the terminal end as required for full overlay coverage.
7.     Floor to sidewall seal material, filler plates and ½ inch diameter

# Contract

 Georgia-Pacific

GEORGIA-PACIFIC

| Contract: | 00113537 |
|-----------|----------|
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page : | 5 |

round bar to close corners is also included and will be shipped loose for field installation.

8.      Contractor will weld angle iron to the vestibule side before installation and it will be seal welded to the angle already installed to the side wall. There may be some repairs to the filler bars, replacement or overlay may be required. This was just replaced in 2007 so no major issues are expected. The rear wall at the bend will be filled with round stock and over-laid with inconel

9.      Contractor will install new thermocouples.  Thermocouples are chromel-alumel 20 gauge wire in 3/16"OD, type 304 stainless steel sheath with magnesium oxide insulation

10.     Complete set of floor headers consisting of three (3) headers that will be shop attached to panels. The header material is 10" Sch160 SA1O6C. The headers include stubs and attachments as necessary.

11.     All hand hole plugs to be installed after panel installation. Master hand hole plugs will be provided by GP

12.     New Floor Beams will also be supplied by GP and installed by the contractor.  The following will be included.

a.     5 new floor beams to replace the existing beams.

b.     New tie bars, stand-offs, shims and pins.

c.     New beam end connections; one end fixed, the other floating.

d.     Tie bar end plates (finger plate) and hardware.

e.     Revise side walls to add slots, shear lugs and other hardware.

13.     The front seal will be removed by the Contractor or they can utilize the on site Hydra Blasting Company or their choice,  any tubes damaged during demolition will be repaired or replaced at the expense of the Contractor, any weld repairs will have to have the approval of Georgia-Pacific

14.     Lighting and electrical hook up will be provided by the Contractor.

15.     All consumable materials will provided by the Contractor.

16.     All scaffolding to be supplied by GP.

17.     Any  tubes damaged during demolition will be repaired or replaced at the expense of the Contractor, any weld repairs will have to have the approval of Georgia-Pacific

18.     Any refractory installation will be provided by G P through a third party Contractor

19.     NDT and RT will be supplied by through G P through a third party Contractor.

20.     Dedicated QA/QC coverage will be required on each shift. (24 Hours per day)

a.     QA/QC will generate and provide updated weld maps for outside inspection service as well as GP personnel.

21.     All welding will be TIG on the tubes and membrane.

a.     Tube welds will be x-rayed with two x-rays per tube.

b.     Membrane will be welded on both sides and dye penentrant tested.

22.     All components removed to facilitate entry will be reinstalled before completion of job.

23.     Insulation removal and installation will be provided by G P through a third part Contractor.

# Contract



GEORGIA-PACIFIC

| Contract: | 00113537 |
|---|---|
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page : | 6 |

A.    All installation work shall meet or exceed the standards set forth in the Georgia-Pacific Corporation specification for boiler erection "CS-ME-BLRE-000".

B.    All welders are to be certified as per ASME Section I and Section IX.  Welders will be tested on site in a simulator and x-rayed. Contractor is to have a current NBIC "R" stamp.  Georgia-Pacific will provide all NDE through a third party contractor.

C.    The contractor shall supply any required compressed air.

D.    The contractor's field superintendent shall conduct daily progress meetings with the G-P Project Manager.

E.    The contractor shall notify the G-P project manager immediately of any safety, quality control, construction or delivery problems as they are identified.

F.    All contractor personnel working in and around the equipment shall be locked out with personal locks on the equipment and/or lock box (es). A minimum of (2) locks per craftsman shall be supplied by the contractor.

G.    The contractor shall, at all times, keep the job site clean of debris and clutter.  It shall be the responsibility of the contractor to supply the dedicated labor and supervision to keep the area(s) clean.

H.    All demolished material shall be hauled by the contractor to the G-P scrap area; materials must be separated, wood and metal.

I.    All regular garbage, food scraps, drink containers must be removed from the mill to the nearest county dumpster located outside the Mill.


IV.    SCHEDULE

A.    Work inside the boiler may begin on a date to be determined; the time frame for work to begin will be from May 17th at 7:00 AM.

B.    The hydro will be scheduled as soon as possible when the the pressure part welds are completed.

C.    Please provide a work schedule with sequence of events and a completion date

D.    Please include the pre-down time needed to complete this work during the outage.



Contractor must meet Georgia Pacific LLC, EH&S contractor qualifications prior to the commencement of any on-site work.  The contractor must also complete and submit GP service agreement form s 7141 (contractor) and 7142 (equipment or materials), 10295 (service), Engineering or Consultant agreement, as directed by GP CS LLC, and provide GP LLC requested insurance as required for the job prior to the commencement of any work. Agreements as approved between GP LLC and the vendor will be considered the controlling language agreements.  Insurance certificate must state and the order will be governed by the following:

    "Certificate holder is added as additional insured.  Waiver of

# Contract

 **Georgia-Pacific**

GEORGIA-PACIFIC

| | |
|---|---|
| Contract: | 00113537 |
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page : | 7 |

subrogation applies; the policies certified hereon are primary and non-contributory to other insurance in favor of the certificate holder".

A copy of the endorsements for the additional insured and waiver of subrogation must be submitted with the certificate of insurance. The contractor by acceptance of the project acknowledges the requirements as stated.

For those instances where a master agreement is in place between Georgia Pacific LLC and the customer that is applicable to the services, the terms and conditions of the master agreement (as subject to approved modifications, if any) shall have precedence over any alternative terms and conditions in any other document associated with this order unless such alternative terms and conditions are expressly incorporated by agreement between Georgia Pacific LLC and the vendor. Interim lien and Final lien forms should be submitted as appropriate with invoices. The Interim lien should be submitted with progressive payments as approved by GP and the final lien document should be submitted with the last invoice submitted for your job. These forms should be submitted for contract jobs in excess of $250,000.00 or as directed by Georgia Pacific Cedar Springs LLC. Any terms and conditions called out or referenced on the vendor, or supplier's paper are considered counter offers and subject to negotiation.

All material purchased for Lump Sum jobs will become the possession of Georgia Pacific at the job completion and must be released to the Project Manager.

All work will be conducted in accordance with the GP Cedar Springs Environmental Policy. Contact the G-P Cedar Springs Environmental Department (229 372-5172) with questions concerning the Policy.

Georgia-Pacific Cedar Springs LLC retains the right to cancel this agreement at no additional charges with a 30-day written notice.

Contractors will be required to undergo testing prior to site visit/work.

The testing link is listed as:

http://www.abbottsfield.com/gp-CedarSprings/

The designated contractor project manager must take the PM training and testing and other contractor employees must undergo the contractor testing.
A new program has been implemented that allows for Contractors and their employees to sign up on a web site hosted by Abbottsfield Industrial Training. The site can be accessed 24 - 7 by using the majority of public & private computers to sign in and interact with training program. The system is designed to inform contractors, visitors, of situations unique to our Mill, Environmental Health & Safety compliance, Chemical Possess Safety, Confined Space, Line Break, LOTO, Security, PPE, Hot Work, Emergency Procedures, etc., and Georgia Pacific expectations of working safely and 10,000% compliance with state and Federal Regulations

## Contract



GEORGIA-PACIFIC

| Contract: | 00113537 |
|-----------|----------|
| Release : | |
| Executed: | 04/26/2010 |
| Printed : | 05/24/2010 |
| Page    : | 8 |

All test takers must print and retain and provide a copy of the Completion
of Training for G-P Cedar Springs LLC review at the site visit along with
proper ID in exchange for a security badge..


Direct all Scope and Technical questions to Russell Hamilton at
229-372-5181.
Return Proposal to Tom Kiser wtkiser@gapac.com.  DO NOT PROVIDE COPIES OF
THE PROPOSAL TO ANY OTHER INDIVIDUAL.


* * *  End of Contract  * * *

EXHIBIT B

THIS CONTRACTOR SERVICES AGREEMENT (this "Agreement") is entered into as of the Effective Date by Georgia-Pacific LLC, GP Cellulose, LLC and their subsidiaries (collectively and individually herein referred to as "GP"), with offices at 133 Peachtree Street, NE, Atlanta, Georgia 30303 and **MOR PPM, Inc.,** with offices at **1127 South Main Street Society Hill, SC 29593** ("Contractor"). GP and Contractor shall each be referred to herein as a "Party" and collectively, as the "Parties."

1. Certain Definitions.
"Affiliate" means any legal entity or association or persons, that directly or indirectly (a) controls GP, (b) is controlled by GP, (c) is under common control with GP. "Control" means the right, whether through ownership interest, by contract or otherwise to appoint the directors of any legal entity or otherwise control its affairs.
"Contractor Personnel" means Contractor's employees, agents and any individuals that Contractor, its subcontractors, vendors, carriers or other agents invite or permit onto the Site or any GP property or facility.
"Effective Date" means the date set forth below the signature of the GP representative or if no such date exists then the date printed above the GP representative's signature.
"GP Goods" means any tangible property provided to Contractor by GP on which or to which GP has requested that Contractor perform the Services, including but not limited to, equipment, parts, raw materials, work in process and finished goods.
"Law(s)" means laws, treaties, conventions, directives, statutes, ordinances, rules, regulations, standards, orders, writs, judgments, injunctions or decrees of any governmental authority, international conventions, and any other rules or directives of any authority or regulatory body, whether or not an agency of any government.
"Materials" means the materials, goods and other tangible property to be produced for, or supplied to, GP hereunder by Contractor.
"Purchase Order" means any purchase order issued hereunder from time to time by GP, which shall include the scope of work and specifications for the Services and/or Materials to be provided thereunder and under this Agreement.
"Services", means the activities to be performed hereunder for GP by Contractor hereunder, and shall be included the term "work" as used herein when context requires.
"Site" means any GP site where Services are to be performed or any Structure is to be located.
"Structure" means any structure, equipment or facility to be constructed or repaired, or upon which other work is to be done hereunder.
"Tax" or "Taxes" means any tax, charge, fee, levy, duty or other assessment of a similar nature, including but not limited to, income, gross receipts, profits, lease, service use, wage, wage withholding, employment, workers compensation, excise, sales, use, transfer, license, payroll, franchise, severance, social security, unemployment, disability, ad valorem, business license or other tax or governmental fee of any kind whatsoever, imposed or required to be withheld by any tax authority including interest, additions to tax or penalties applicable or related thereto, whether disputed or not, for which a Party may be liable.

2. Agreement/Term. The Parties agree that any work offered by GP to Contractor, and accepted by Contractor, during the term of this Agreement will be performed in accordance with this Agreement. Nothing in this Agreement shall be construed to require GP to offer work to Contractor. The term of this Agreement shall begin on the Effective Date and shall continue for a one year period following such date. Upon the expiration of the initial one year period, this Agreement shall continue until terminated in accordance with this Agreement.

3. Delivery and Performance.
3.1. Except to the extent otherwise expressly stated herein or the applicable Purchase Order, Contractor shall furnish all labor, supervision, materials, tools, equipment, facilities, permits, and activities to properly and efficiently do all things necessary to perform the Services.
3.2. Contractor shall rely solely upon Contractor's own examination and investigation of the surface and subsurface conditions at the Site, and all other conditions that may affect performance of the Services. Contractor accepts all conditions at the Site as of the date of its proposal and no allowances will be made for any error or negligence by Contractor regarding Site conditions.
3.3. Contractor is responsible for verification of all measurements provided by GP and shall promptly notify GP of any discrepancies.
3.4. Unless otherwise specified, Contractor shall give all required notices, and obtain and pay for all permits, licenses, easements, consents and bonds needed for performance of the Services, and shall submit proof thereof in advance to GP.
3.5. Contractor shall perform the Services as follows:
    (a)  In a workmanlike manner using qualified, efficient and careful workers;
    (b)  In accordance with all plans, drawings, and specifications provided by GP;
    (c)  So as not to interfere with the operations of others at the Site;
    (d)  Providing GP timely advance notice of the time and place of any testing or inspection required by Law, or required for the Services;
    (e)  Keeping the Site free and clear of all debris and waste;
    (f)  In a manner to protect the work, the environment, GP's property and the property and persons of Contractor and others from loss, damage, unsafe conditions or injury of any type;
    (g)  Providing GP true copies of all applicable OSHA 300 log entries and any other such government-required documents;
    (h)  Causing all Contractor Personnel to successfully complete in advance all applicable safety and skills training required by Law, or otherwise needed, for personnel performing Services at the Site; and
    (i)  In compliance with all applicable Laws and GP's then-current policies, rules and regulations, including, without limitation, the Site's safety policies, rules and regulations. It shall be Contractor's responsibility to obtain, and to be familiar with, such Laws, policies, rules and regulations.
3.6. Contractor acknowledges that hazards may be involved in performing the Services and Contractor shall take all necessary

precautions. To the extent the Services involve investigation into and/or remediation of environmental conditions at the Site, Contractor specifically acknowledges the potential for exposure of Contractor Personnel to pollutants, hazardous substances and/or hazardous wastes and to hazardous conditions and that Contractor is familiar with the risks and with the necessary precautions to protect Contractor Personnel and others who may be at the Site during performance of the Services.

3.7. Contractor shall be responsible for the safety of Contractor Personnel. Contractor shall, at no additional cost or risk to GP, arrange for all first-aid and emergency medical treatment needed for the Services; provided, however, GP may provide first-aid and emergency medical treatment to Contractor Personnel.

3.8. As relating to Contractor's activities hereunder, Contractor shall have full authority and responsibility to identify all hazardous conditions at the Site. To the extent Contractor becomes aware of a hazardous condition caused by the employees, agents, facilities and/or equipment of GP, Contractor shall immediately notify GP of such and cease any work that could result in injury to any person(s) or damage to property or the environment until the hazardous condition is remedied by GP. To the extent such hazardous condition is caused by the employees, agents, facilities and/or equipment of Contractor or of any Contractor Personnel, Contractor shall immediately (i) remedy such hazardous condition, to the extent relating to such employees, agents, facilities and/or equipment, (ii) cease any work that could result in injury to any person(s) or damage to property or the environment until the hazardous condition is remedied by Contractor; and (iii) notify GP of such hazardous condition.

3.9. If any release into the environment of pollutants, hazardous substances and/or hazardous wastes as defined by applicable Law should occur as a result of performance of the Services, Contractor, at its sole cost, shall (i) immediately notify GP; (ii) clean up and otherwise respond to any such release pursuant to applicable Laws, and (iii) timely make all release notifications and reports required by Law and provide GP with written copies of all such release notifications and reports no later than two (2) days after making same, unless GP notifies Contractor in writing that GP will make such notifications and reports. Notwithstanding anything in the foregoing to the contrary, Contractor shall have no liability for any hazardous materials or substances, including but not limited to asbestos and PCBs, that it did not bring onto the site.

3.10. Unless otherwise specified, all Materials shall be new and workmanship shall be of good quality and shall be delivered with good and marketable title. No substitutions of materials from that specified in the applicable plans and specifications shall be permitted unless prior approval is given by GP in writing.

3.11. GP shall have the right to make changes in the Services by issuing a change order.

3.12. Contractor shall perform the Services and provide the Materials at times specified in the applicable Purchase Order or as otherwise agreed by the Parties.

3.13. Title to the GP Goods shall at all times remain with GP. Contractor assumes full responsibility, liability, and risk of loss for the safekeeping and safe handling of all GP Goods while in Contractor's care, custody or control. In the case of any loss, theft, damage, or destruction of any GP Goods, GP shall be advised within one hour of Contractor's knowledge of the incident. Contractor shall reimburse GP for any GP Goods which are lost, damaged or destroyed or contaminated while in Contractor's care, custody or control based on its current replacement cost to GP. Contractor shall at all times segregate and prominently identify the GP Goods indicating ownership by GP. Contractor shall maintain the GP Goods at Contractor's location and shall obtain the prior written approval of GP before moving any GP Goods to a new location. Contractor and Contractor Personnel shall cooperate fully with GP, including, but not limited to, approving or signing any and all appropriate filing or other documents, to preserve the interests of GP in the GP Goods.


4. Contractor Personnel and Tools

4.1. Contractor's relationship to GP under this Agreement shall be that of an independent contractor. Except as otherwise expressly agreed by the Parties, Contractor Personnel, facilities and equipment used by Contractor shall at all times be under its exclusive direction and control. Contractor is fully and solely responsible for the compensation, benefits, and all Taxes applicable to Contractor Personnel, regardless of Contractor Personnel characterization by the Parties, government agencies, or the courts. Contractor Personnel are not eligible for GP's employee benefit programs.

4.2. Contractor Personnel supplied for work without supervision by Contractor and who are under the exclusive direction and control of GP shall be considered borrowed servants. In all other cases, such Contractor Personnel shall be considered employees of Contractor as an independent contractor. Contractor's duties to indemnify, defend and hold harmless the Indemnified Parties (defined below) shall apply regardless of the characterization of any individual as a borrowed servant or the employee of an independent contractor.

4.3. At any time, GP shall have the right, in its sole discretion and without cause, to deny access to any individual to any Site or GP property or facility.

4.4. Contractor shall be responsible for, and hereby assumes all liability, whether insured or self-insured, for loss or destruction of or physical damage to the following: (i) all tools, machinery, equipment and appliances that are owned by Contractor or loaned to or leased by Contractor by others (including GP) and that are not to be incorporated into the completed work; and, (ii) all personal property of Contractor Personnel; excluding any destruction or damage to the extent caused by, the negligence of GP, its employees or agents.


5. Warranty/Defective Services and Materials.

5.1. Contractor warrants and covenants that the Services and Materials shall conform to all requirements of this Agreement, shall be in strict conformance with best practices consistent with the standard of care applicable to such Services and Materials and shall be free from any defects in design, workmanship and material that shall appear within one year following final acceptance of the Materials and/or Services, as applicable, by GP. GP may require Contractor to correct defective or non-conforming work or GP may have the work corrected by others, and, in either event, Contractor shall bear the cost, including any applicable Taxes, of such correction and any damages or expenses caused by such defective or non-conforming work. Contractor shall cause all warranties by suppliers of goods or services to be assigned to GP and shall take all measures which GP considers necessary or desirable to assure that GP timely receives the full benefit of all such warranties, regardless of whether they are assignable. Contractor shall provide GP true copies of all such warranties.

5.2. GP may maintain such representatives as it deems necessary on the work Site for the purpose of inspecting, testing and ensuring the satisfactory completion of the work hereunder. GP may inspect the work hereunder at any time during the progress of the work and Contractor shall provide reasonable facilities for such inspection.

5.3. If Contractor does not promptly remove any Structure resulting from nonconforming Services and/or Materials at GP's request, GP may do so and remove and store materials or equipment at Contractor's expense. If Contractor does not pay the removal and storage

expense thereof within ten (10) days of the date of notice by GP, GP may sell the materials and equipment, and account to Contractor for the proceeds after deducting any amounts due GP by Contractor and any expenses incurred in such removal, storage and sale.

5.4. GP's acceptance or payment for Services shall not relieve Contractor of its responsibility for defective materials, equipment, workmanship, or otherwise.

### 6. Invoicing/Compensation.

6.1. At the end of each month (unless otherwise specified by GP) during which Services are performed, Contractor shall submit to GP's authorized representatives an itemized invoice, in a form satisfactory to GP, detailing charges for labor and equipment including hours, dates, the hourly charge for the labor or equipment and any charge for Materials. Except to the extent otherwise agreed, Contractor's charges for Services shall be in accordance with the Time and Materials Terms, attached hereto as Exhibit ___. Contractor shall furnish, upon demand, any records relating to the invoice prior to or after payment by GP.

6.2. Within sixty (60) days after GP receives the invoice required above, GP shall pay Contractor for the Services in accordance with the rates agreed upon in writing by the Parties; provided that GP shall have no obligation to pay any amounts due in connection with this Agreement in the event of any breach of this Agreement by Contractor. . Notwithstanding the foregoing, any payment otherwise due on a Saturday, Sunday or GP holiday shall be due on the following business day. The rates shall include, without limitation, all applicable Taxes. Payment shall be considered made when payment checks are mailed by GP, when Contractor charges GP's credit card (if so authorized by GP) or when payment by electronic funds transfer is initiated by GP. Payments made under this Agreement shall not constitute full or partial acceptance by GP of the Services or any part of the Services. GP shall be entitled at all times to "Set-off" against any amount that GP owes to Contractor under this Agreement. "Set-off" means any set-off, offset, combination of accounts, or netting of dollar amounts or retention rights.

6.3. Notwithstanding the above, GP reserves the right to withhold payment until completion of the Services and its acceptance by GP or until Contractor furnishes proof satisfactory to GP that all bills for materials and labor covering the Services have been fully paid by Contractor, and that the Site and any Structures are not subject to liens of any kind or claims of liens. Contractor shall, at its cost, promptly settle all liens and claims for labor performed and supplies or material furnished in connection with the Services. If Contractor fails to do so, GP shall have the right, upon notice to Contractor, to settle such liens and claims for the account of Contractor, and deduct the amounts thereof from amounts due to Contractor.

6.4. If requested by GP, Contractor shall, at GP's cost, timely provide one or more surety bonds, bank guaranties, letters of credit or other security, in amounts and forms and issued by institutions satisfactory to GP, guaranteeing Contractor's performance and payment obligations in connection with this Agreement.

6.5. Unless instructed otherwise by GP, Contractor shall be responsible for, pay, and remit all Taxes which may now or hereafter be imposed on or with respect to the Services and Materials, to the appropriate governmental agencies, GP and/or Contractor's suppliers and vendors. If GP is required to pay any Taxes that are Contractor's responsibility hereunder, Contractor shall reimburse GP for such Taxes within ten (10) days of notice hereunder. In any event, GP will not pay nor be responsible for any Taxes owed but not paid by Contractor after the normal statute of limitation periods pursuant to applicable Laws. GP reserves the right to issue to Contractor direct-pay exemption certificates, where applicable, exempting specific Materials from state and local sales and use taxes. In such instances, GP will be responsible for accruing and remitting any applicable sales and use taxes on Materials to the appropriate taxing authorities and Contractor will not invoice GP for such Taxes.

### 7. Insurance.
In addition to any other insurance that Contractor shall acquire under this Agreement, Contractor shall maintain at its own cost and expense such insurance of the types and in the amounts as required by GP to insure all of Contractor's obligations under this Agreement and that will protect GP from all claims for damages to persons and to property that may arise from any operations under this Agreement or any subcontracts related to this Agreement. Contractor shall maintain insurance policies within the minimum limits of coverage set forth in Exhibit A attached hereto and incorporated into this Agreement. Prior to commencing work, Contractor shall require its insurer or insurance agent to supply GP a certificate of insurance substantially in the form set forth on Exhibit B, attached hereto and incorporated into this Agreement. Such insurance shall name GP as an additional insured in accordance with the requirements of Exhibit A, with such additional insured endorsements providing coverage for GP with respect to liability arising out of Contractor's work performed for GP, including, but not limited to, liability caused or contributed to by the negligence of Contractor, its subcontractors, GP, third parties, or the agents, employees, or officers of any of them. All self-insured retentions ("SIRs") and deductibles shall be the responsibility, and to the account, of Contractor. Contractor agrees that such insurance shall not be subject to any SIRs unless GP specifically consents to such in writing. The insurance coverages to be provided by Contractor under this Agreement, including but not limited to the additional insured coverage provided to GP, shall be independent of the indemnity provisions of this Agreement, and are not designed solely to guarantee payment of Contractor's indemnity obligations.

### 8. Audit and Records.
GP shall have the right, at any reasonable time and from time to time, to audit and copy any and all records, documents and other data pertaining to this Agreement. Contractor shall cooperate in furnishing to GP all such records, documents, invoices and other data in connection with any such audit. Contractor shall maintain all such records, documents and other data for six (6) years after its completion of the Services and/or supply of Materials. Contractor agrees to cooperate with GP to utilize applicable tax exemptions in relation to transactions pursuant to this Agreement. Such cooperation during tax audits of Contractor by governmental agencies can include sharing information up to providing GP with a valid power of attorney in order for GP to directly represent itself before such governmental agencies.

### 9. Proprietary Rights and Title to Work.
Contractor hereby assigns to GP all rights, title and interest in any documents, drawings, designs, samples, sampling results, test results, data, analysis, studies, reports, work product, field notes, plans, specifications, models, perspectives, software or other intellectual property, including, but not limited to, copyrights, patents, trademarks and trade secrets, created or to be created for Services performed and/or Materials provided under this Agreement. Contractor grants to GP and its affiliates a nonexclusive, royalty-free, worldwide, perpetual right and license to use, make, sell, offer for sale, import or export any product or process in any field, which incorporates or is based on Services and/or Materials to be provided to GP under this Agreement. Contractor hereby represents, warrants and covenants that it has not infringed or misappropriated and that it shall not infringe or misappropriate: (i) any patent covering Materials or Services or use thereof, or any method embodied in or resulting from the Materials

or Services, or (ii) any copyright, trademark, trade secret or, without limitation, other proprietary right with respect to the Materials or Services. Contractor agrees that it shall furnish GP with all originals, copies and photocopies of all documents, drawings, designs, samples, sampling results, test results, data, analysis, studies, reports, work product, field notes, plans, specifications, models, perspectives, software or other intellectual property, including, but not limited to, those describing copyrights, patents, trademarks and trade secrets, created or to be created for Services performed or Materials provided under this Agreement upon the earliest of: (a) demand by GP, (b) completion of the Services and/or Materials, or (c) termination of this Agreement.

10. Proprietary Information. All information that Contractor acquires from GP hereunder, directly or indirectly, and all information that arises out of the Services, concerning such Services and/or proprietary processes involved in the Services, including without limitation, information concerning GP's current and future business plans, information relating to GP's operations, know-how and other GP-furnished information relating to the Services shall be deemed GP's "Proprietary Information;" provided, however, Proprietary Information shall not include any publicly available information. Contractor (i) shall hold GP's Proprietary Information in strictest confidence, (ii) shall not disclose it to others, (iii) shall use it solely for purposes of performing such Services and (iv) shall, upon GP's request, either promptly deliver to GP all such Proprietary Information that is in written, electronic or other form, including copies and summaries, or, at GP's option, destroy such Proprietary Information and provide GP certification of such destruction. The obligations under this Paragraph shall survive completion of such Services and termination of this Agreement. Because an award of money damages would be inadequate for any breach of this Section 10 by Contractor or Contractor Personnel and any such breach would cause GP irreparable harm, Contractor agrees that, in the event of any breach or threatened breach of this Section 10, GP will be entitled, without the requirement of posting a bond or other security, to equitable relief, including injunctive relief and specific performance. Such remedies will not be the exclusive remedies for any breach of this Section 10 but will be in addition to all other remedies available at law or in equity to GP. Notwithstanding anything in the foregoing to the contrary, Contractor may disclose such Proprietary Information as it is required to by law, rule, regulation, governmental agency or court of law.

11. Privacy. Unless otherwise agreed in writing by GP in each instance, Contractor shall neither disclose nor use any information disclosed or made available to Contractor by GP by which the identity of a natural person could be revealed.

12. Publicity and Corporate Identity. Unless it obtains the prior written consent of the General Counsel of Litigation/Compliance for GP, Contractor shall not: (i) use any name, trade name, logo, trademark, or service mark owned or used by GP, or (ii) represent, directly or indirectly, that any product or service offered by Contractor has been used, approved or endorsed by GP.

**13. Indemnity.**

A. To the fullest extent permitted by law, the Contractor will protect, defend, indemnify and hold harmless GP, and its officers, directors, consultants, and agents (excluding licensed professionals) and employees (collectively, "Indemnified Parties"), from and against claims, damages, losses or expenses, including, but not limited to, reasonable attorneys fees, arising out of or resulting from the performance of the Work provided that such claim, damage or loss is attributable to bodily injury, sickness, disease, or death or injury to tangible property (other than the Work itself), but only to the extent caused in whole or in part by any willful or negligent acts or omissions of Contractor, or its subcontractor(s), or anyone directly or indirectly employed by them or anyone for whose acts they may be liable.

B. Promptly after receipt by an Indemnified Party properly entitled to indemnification of notice of the commencement or threatened commencement of any civil, criminal, administrative, or investigative action or proceeding involving a claim, such Indemnified Party shall notify Contractor of such claim in writing. No delay or failure to so notify Contractor shall relieve it of its obligations, except to the extent that Contractor has suffered actual prejudice by such delay or failure.

C. In claims against any person or entity indemnified under this Article by an employee of Contractor, its subcontractors(s), anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this Article shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for Contractor or any of its subcontractor(s) under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

D. The obligations of Contractor herein shall not extend to the liability of the Architect or Engineer ("Design Professional"), (if any), the Design Professional's consultants, and agents and employees of any of them arising out of (1) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or (2) the giving of or the failure to give directions or instructions by the Design Professional, the Design Professional's consultants, and agents and employees of any of them provided such giving or failure to give is the primary source of the injury or damage.

E. Notwithstanding anything in this Agreement to the contrary, Contractor's obligations herein shall be limited to loss or damage that is caused by forces within Contractor's reasonable control.

F. Notwithstanding anything in this Agreement to the contrary, Contractor shall have no liability for any hazardous materials that it did not either (i) bring onto the site or (ii) fail to manage in accordance with legal and regulatory requirements and the requirements of this Agreement.

G. Notwithstanding anything in this Agreement to the contrary, to the extent that GP is in indemnified by another party for damages caused to Contractor's Work, then GP shall likewise indemnify Contractor, out only to the extent that GP actually recovers from such other party

H. Except to the extent covered by Contractor's Insurance, neither party shall have any liability to the other for punitive,

exemplary, incidental, special or consequential damages, including without limitation, lost profits, even if a party has been advised of the possibility of same.

14. Termination/Suspension.

14.1. Upon written notice to Contractor, GP may at any time, in its sole discretion, without cause, cost, penalty or liability (whether or not for breach of this Agreement), suspend all or any part of the Services or terminate this Agreement in whole or in part, effective as of the date specified in such notice. If terminated by GP without cause, Contractor will be entitled to payment for the portion of the Services completed in accordance with the terms of this Agreement prior to the time of termination. If Contractor desires to terminate this Agreement, it shall provide GP written notice of its intent to so terminate. If Contractor provides such notice, this Agreement shall terminate upon the later of the following: (i) 180 days after GP's receipt of Contractor's notice; or (ii) GP's acceptance of Services performed pursuant to all Purchase Orders.

14.2. Upon GP's written request, and upon expiration or other termination of this Agreement or Services, Contractor shall: (i) preserve, protect, and if so requested, transfer title to and deliver to GP, GP Goods, Materials on hand and work in progress, both in Contractor's and in its suppliers' plants or other facilities, and intellectual property (including licenses) purchased by GP, and (ii) transfer to GP all applicable government permits.

15. General Provisions

15.1. This Agreement, including Exhibits A and B attached hereto, and any Purchase Orders issued hereunder, are the entire agreement between the Parties regarding its subject matter and supersede any terms and provisions of previous dates. In the event of any conflict between this Agreement and any Purchase Order hereunder, this Agreement shall prevail. Any additional or conflicting terms and conditions contained on, attached to or referenced by Contractor's confirmation or other document provided by Contractor shall not be binding on GP and shall have no effect on the purchase of any such Services and/or Materials by GP from Contractor and are expressly rejected by GP.

15.2. Unless otherwise notified by a Party, all notices in connection with this Agreement shall be in writing, shall be effective only when actually received, as evidenced by written confirmation of such receipt and shall be delivered to Contractor at its above address and to GP at its above address with attention to Contract Management Team, Legal Department.

15.3. No amendment of this Agreement shall be effective unless it is in writing and signed by Contractor and an authorized representative of GP.

15.4. Contractor shall neither assign, nor subcontract, this Agreement or any rights, obligations or work hereunder without the prior written consent of GP, which such consent shall not be unreasonably withheld, conditioned or delayed. Contractor shall bind each permitted subcontractor hereunder by a contract incorporating the terms of this Agreement. Contractor shall be responsible for all acts and omissions of subcontractor personnel, including their compliance with this Agreement.

15.5. The Parties understand and acknowledge that Contractor, its subcontractors, and the employees of either are not agents or employees of GP and have no authority to obligate or bind GP in any way without the express written permission of an appropriate officer of GP.

15.6. Contractor shall comply with and be subject to the most recent Substance Abuse Policy issued by GP. All employees of Contractor shall be subject to drug testing when on the premises of GP. To the extent allowed by Law, Contractor shall complete a background investigation of its Contractor Personnel prior to commencing the Services, with such investigation including felony and misdemeanor conviction history, professional license verification (if professional licensure is required for the Services) and motor vehicle driving records (if driving may be included in the Services). Contractor shall promptly notify GP of any investigation results that would be a reasonable concern, including, without limitation, any conviction and/or driving violation.

15.7. Any course of dealing, delay or failure of GP to enforce any of the provisions of this Agreement shall not be deemed a waiver of the right of GP thereafter to enforce any and each such provision.

15.8. If any provision of this Agreement should be found void or otherwise unenforceable, such provision shall be deemed to be revised and modified to the extent necessary to make it legally enforceable. In any event, the remaining provisions of this Agreement shall be enforceable as though the void or unenforceable provision did not exist.

15.9. The headings of this Agreement are of no binding effect, and shall not be used to construe this Agreement.

15.10. The rights and remedies described in this Agreement are not exclusive, are cumulative or (to the extent applicable) alternative, and are in addition to other rights or remedies available at law or in equity or otherwise.

15.11. For purposes of any Site, this Agreement shall be governed by the Laws of the state where such Site is located, except for such state's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods or any subsequently enacted treaty or convention shall not apply to or govern this Agreement or the performance thereof or any aspect of any dispute arising therefrom.

15.12. Affiliates of GP shall be permitted to use this Agreement subject to the terms and conditions set forth in the Agreement. Any Affiliate that desires to use the Agreement shall enter into an Affiliate Adoption Agreement with Seller, substantially in the form attached hereto as Attachment C (an "Adoption Agreement"). Upon execution of an Adoption Agreement by an Affiliate, such Affiliate shall have the same rights and obligations as GP, and Seller shall have the same rights and obligations and obligations vis-à-vis such Affiliate. GP shall not be a guarantor or surety with respect to such Affiliate obligations undertaken under the Adoption Agreement. The applicable rights, obligations and liabilities of GP under this agreement shall be solely those of GP, and none of the Affiliates shall be responsible for any obligations or liabilities of GP under this Agreement. The applicable rights, obligations and liabilities of an Affiliate shall be solely those of the Affiliate, and neither GP nor any other Affiliate shall be responsible for any obligations or liabilities of the Affiliate under such Adoption Agreement. Under no circumstances shall GP and any of the Affiliates be jointly or severally liable for the obligations of others.

Date: _July 23, 2009_

**Georgia-Pacific LLC, for itself and**
GP Cellulose, LLC and their subsidiaries

By: _____
Printed Name: _James L. Evans IV_
Title: _Sourcing Manager_
Date: _07/23/2009_

**MOR PPM, Inc.**

Federal ID Number: ___56-2369362___

By: _____
Printed Name: Bobby L. Ollis
Title: Vice President
Date: July 20, 2009

**Exhibit A**

**INSURANCE**

_____

1.0    With respect to Contractor's performance of the Agreement, Contractor shall maintain the following insurance:

1.1    **Worker's Compensation and Employers' Liability Insurance,** as prescribed by applicable law including insurance covering liability under the Longshoremen's and Harbor Workers' Compensation Act, the Merchant Marine Act of 1920 (Jones Act) and the Outer Continental Shelf Land Act, if applicable. Coverage will include an Alternate Employer Endorsement (WC 00 03 01A) naming GP as an Alternate Employer. Contractor shall require its insurer or insurance agent to provide from time to time, as requested by GP, Contractor's Experience Modification Rating (EMR).

1.2    **Commercial General Liability Insurance,** which shall be at least as broad as the coverage provided by a standard form Commercial General Liability Policy ISO CG 00 01 01 96, with standard exclusions "a" through "n"; or ISO forms CG 00 01 07 98 or CG 00 01 10 01, with standard exclusions "a" through "o", with a minimum combined single limit of **$10,000,000** per occurrence for Bodily Injury and Property Damage and a **$10,000,000** aggregate each for the general policy and the Products/Completed Operations hazard. This insurance must include the following features:

1.2.1    If work to be performed by Contractor includes construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing, and if Contractor's commercial general liability insurance policy is form ISO CG 00 01 11 88, then such policy will include a Railroad's Contractual Liability Endorsement CG 24 17 10 93.

1.2.2    Contractual Liability coverage.

1.2.3    Products and Completed operations.

1.2.4    Coverage for demolition of any building or structure, collapse, explosion, blasting, excavation and damage to property below the surface of the ground (XCU coverage), if applicable.

1.2.5    Coverage will include one of the following endorsements naming GP as an additional insured:
(i)    Additional Insured - Owners, Lessees or Contractors (Form B) Endorsement (CG 20 10 10 93);
(ii)   Additional Insured - Owners, Lessees or Contractors Scheduled Person or Organization Endorsement (CG 20 10 03 97);
(iii)  Additional Insured – Owners, Lessees or Contractors Scheduled Person or Organization Endorsement (CG 20 10 10 01); or
(iv)   Additional Insured - Owners, Lessees or Contractors (Form B) Endorsement (G-39543A).

1.3    **Automobile Liability Insurance,** covering all owned, non owned, hired and leased vehicles with a minimum combined single limit for Bodily Injury and Property Damage of **$10,000,000** per accident. This insurance must include contractual liability coverage.

The following coverage shall be maintained by Contractor as determined by the nature of the work, or at GP's reasonable request.

1.4    **Professional Liability Errors and Omissions Insurance** providing not less than **$10,000,000** coverage. The policy will include a three (3) year extended reporting period.

1.5    **Railroad Protective Liability -** If required by GP, Contractor shall maintain Railroad Protective Liability Insurance naming the railroad as the insured with a limit for bodily injury and property damage liability of **$2,000,000** per occurrence, **$6,000,000** aggregate. The original of said policy shall be furnished to railroad prior to any construction or entry upon the railroad easement premises by Contractor.

1.6    **Pollution Liability -** If required by GP, Contractor shall provide and maintain the following: Contractor's Pollution Liability Insurance with coverage for the following (a) bodily injury, sickness, disease, mental anguish or shock sustained by any person, including death; (b) property damage, including physical injury to or destruction of tangible property, including the resulting loss of use thereof, clean up costs, and the loss of use of tangible property that has not been physically injured or destroyed; (c) defense, including costs, charges and expenses incurred in the investigation, adjustment or defense of claims for such compensatory damages; all for losses caused by pollution conditions that arise from the operations of Contractor performed under this Agreement. If such policy is written on a claims-made basis, Contractor shall maintain continuous coverage, or exercise an extended coverage period for a period of 12 months, beginning from the time the Services under this Agreement are completed. Contractor shall maintain limits no less than Pollution Legal Liability: $10,000,000 per loss and $10,000,000 annual **aggregate**.

A1

Note: Coverage for Contractor's Pollution Liability Insurance can be satisfied by the addition of a time element buyback endorsement on the General Liability Policy. The coverage must be as broad as the coverage described above, with a minimum requirement for discovery of 7 days and a minimum reporting period of 60 days.

1.7 **Umbrella / Excess Insurance** - The limits specified in 1.1, 1.2, 1.3, 1.4 and 1.6 above may be satisfied with a combination of primary and Umbrella/Excess Insurance, such policies naming GP as additional insured.

Contractor shall, before commencing work, provide GP with a certificate of insurance satisfactory to GP of the insurance coverages set forth above.

## 2.0 Policy Endorsements

2.1 The above insurance shall include a requirement that the insurer provide GP with thirty (30) days' written notice prior to the effective date of any cancellation or material change of the insurance.

2.2 The insurance specified in Sections 1.2 and 1.3 hereof as well as any Excess/Umbrella insurance coverage available to Contractor shall:
i) Name GP as an additional insured with respect to work performed for GP, with such additional insured endorsement providing coverage for GP with respect to liability arising out of Contractor's work performed for GP (including, but not limited to, liability caused or contributed to by the negligence of Contractor, its subcontractors, GP, third parties, or the agents, employees, or officers of any of them);
ii) Be primary to and not in excess of or contributory with any other insurance available to GP; and
iii) Acknowledge that in no event will GP's insurance including but not limited to any SIR or deductible be considered "other insurance" under the terms of Contractor's policies.

3.0 **Evidence of Insurance** - Contractor shall, before commencing work, provide GP with a certificate (see the Certificate of Insurance Exhibit appended to this Agreement, or an ACORD form) satisfactory to GP of the insurance coverages and endorsements set forth in Sections 1.0 and 2.0 above. If requested by GP, Contractor shall provide GP with certified copies of all policies.

## 4.0 Waiver of Subrogation

4.1 Contractor, on behalf of its insurers, waives any right of subrogation that such insurers may have against GP arising out of this Agreement.

4.2 The insurance specified in Section 1.1 hereof shall contain a waiver of the right of subrogation against GP and an assignment of statutory lien, if applicable.

4.3 Any physical damage insurance carried by Contractor on construction equipment, tools, temporary structures and supplies owned or used by Contractor shall provide a waiver of the right of subrogation against GP.

5.0 All SIRs and deductibles shall be the responsibility of and to the account of Contractor. Contractor agrees that such insurance shall not be subject to any SIRs, unless specifically consented to in writing by GP.

6.0 The obligation to carry the insurance required by this Exhibit shall not limit or modify in any way any other obligations assumed by the Contractor under the Agreement. Contractor shall be held accountable for all insurance coverages, including those of subcontractors. GP shall not be under any duty to advise Contractor in the event that Contractor's insurance is not in compliance with this Agreement. ACCEPTANCE OF ANY INSURANCE CERTIFICATE SHALL NOT CONSTITUTE ACCEPTANCE OF THE ADEQUACY OF COVERAGE, COMPLIANCE WITH THE REQUIREMENTS OF THE AGREEMENT, OR AN AMENDMENT TO THE AGREEMENT.

# MARSH

## CERTIFICATE OF INSURANCE

| PRODUCER | |
|---|---|
| MARSH USA INC.<br>ATTN: KIM RICHARDSON<br>601 MERRITT 7<br>FAX: 203-229-6511<br>CERT.REQUESTNE@MARSH.COM<br>NORWALK, CT 06856-6010<br>332800-MORP-CAS-08-09 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER OTHER THAN THOSE PROVIDED IN THE POLICY. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES DESCRIBED HEREIN. |

**COMPANIES AFFORDING COVERAGE**

| INSURED | |
|---|---|
| MOR PPM, INC.<br>1127 SOUTH MAIN STREET<br>SOCIETY HILL, SC 29593 | COMPANY A    Continental Casualty Company<br>COMPANY B    American Casualty Company Of Reading, Pa<br>COMPANY C    Transportation Insurance Co<br>COMPANY D |

## COVERAGES

This certificate supersedes and replaces any previously issued certificate for the policy period noted below.

THIS IS TO CERTIFY THAT POLICIES OF INSURANCE DESCRIBED HEREIN HAVE BEEN ISSUED TO THE INSURED NAMED HEREIN FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>[ ] OWNER'S & CONTRACTOR'S PROT<br>[X] PER PROJECT GENERAL AGGREGATE APPLIES | GL 2095785744 | 11/03/08 | 10/01/09 | GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | $ 6,000,000<br>$ 14,000,000<br>$ 2,000,000<br>$ 2,000,000<br>$ 500,000<br>$ 25,000 |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS<br>[X] AUTO PHYSICAL DAMAGE<br>$500 COMP/$500 COLL DED | BUA 2095785792 | 11/03/08 | 10/01/09 | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $ 2,000,000<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>  EACH ACCIDENT<br>  AGGREGATE | $<br>$<br>$<br>$ |
| A | EXCESS LIABILITY<br>[X] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | L 2068208285 | 11/03/08 | 10/01/09 | EACH OCCURRENCE<br>AGGREGATE | $ 8,000,000<br>$ 8,000,000<br>$ |
| B<br>C<br>B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE [X] INCL [ ] EXCL<br>OTHER | WC 295785713 (AOS)<br>WC 295785730 (OR, WI)<br>WC 295785727 (CA) | 11/03/08<br>11/03/08<br>11/03/08 | 10/01/09<br>10/01/09<br>10/01/09 | [X] WC STATU-TORY LIMITS [ ] OTHER<br>EL EACH ACCIDENT<br>EL DISEASE-POLICY LIMIT<br>EL DISEASE-EACH EMPLOYEE | $ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
RE 4002600 GEORGIA PACIFIC BOILER SERVICES.
ADDITIONAL INSURED UNDER ALL POLICIES (EXCEPT WORKERS COMPENSATION & EMPLOYERS LIABILITY) WHERE REQUIRED BY CONTRACT GEORGIA PACIFIC.
WAIVER OF SUBROGATION IN FAVOR OF ADDITIONAL INSUREDS UNDER ALL POLICIES.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| GEORGIA PACIFIC LLC<br>ATTN: JIMMY EVANS<br>9 PEACHTREE ST NE<br>ATLANTA, GA 30303 | SHOULD ANY OF THE POLICIES DESCRIBED HEREIN BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED HEREIN, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER AFFORDING COVERAGE, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br>BY: |

MM1(3/02)      VALID AS OF:

Exhibit B

CERTIFICATE OF INSURANCE

This certificate is not an insurance policy. It is evidence of the types of coverages and forms of endorsements existing in regard to the insurance policies specified and neither amends the requirements of the agreement to which this certificate pertains, nor amends, extends or alters the coverage afforded by the specified insurance policies or the terms, exclusions and conditions of such policies.

Name and Address of Certificate Holder: **Georgia-Pacific LLC, GP Cellulose, LLC, and their subsidiaries ("GP")** Attention: _____. This is to certify that the insurance companies referenced below have issued policies of insurance as indicated to _____ ("Contractor"), _____, and are aware that said policies will apply to work performed under Agreement _____ between GP and Contractor dated _____.

---

**A. WORKERS' COMPENSATION**

State Fund _____
Insurance Company _____
Policy Period _____
Policy Number _____

**EMPLOYERS LIABILITY INSURANCE**

Insurance Company _____
Policy Period _____
Policy Number _____

Experience Modification Rate (EMR) _____

| Yes | No | |
|---|---|---|
| ___ | ___ | Alternate Employer Endorsement |
| ___ | ___ | Jones Act |
| ___ | ___ | Longshoremen's and Harbor Workers' Act |
| ___ | ___ | Waiver of Subrogation as required |

---

**B. COMMERCIAL GENERAL LIABILITY INSURANCE**

Limits of Liability
_____ General Aggregate
_____ Prod/Comp Op Agg.
_____ Each Occurrence

Insurance Company _____
Policy Period _____
Policy Number _____
Policy Type ☐ Occurrence   ☐ Claims Made

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ___ | ___ | Is the coverage at least as broad as that provided by ISO Forms CG 00 01 01 96 with standard exclusions "a" through "n"; or CG 00 01 07 98 or CG 00 01 10 01 with standard exclusions "a" through "o"? | ___ | ___ | Additional insured Endorsement CG 20 10 10 93, CG 20 10 03 97 or CG 20 10 10 01, as required by written contract |
| | | | ___ | ___ | Coverage for Explosion, Collapse and Underground Hazards (XCU Products and Completed Operations |
| ___ | ___ | Contractual Liability assumed in an Insured Contract | ___ | ___ | Total Pollution Exclusion |

---

**C. AUTOMOBILE LIABILITY INSURANCE**

Limits of Liability
_____ Combined Single Limit
_____ Bodily Injury Per Person
_____ Bodily Injury Per Accident
_____ Property Damage

Insurance Company _____
Policy Period _____
Policy Number _____

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ___ | ___ | Owned Vehicles | ___ | ___ | Hired / Leased Vehicles |
| ___ | ___ | Non Owned Vehicles | | | Contractual Liability assumed in an Insured Contract |

---

**D. PROFESSIONAL LIABILITY (errors and omissions included)**

Limits of Liability
_____ Each Occurrence
_____ Aggregate

Insurance Company _____
Policy Period _____
Policy Number _____

| Yes | No | |
|---|---|---|
| ___ | ___ | 3 Year Extended Reporting Period |

---

**E. RAILROAD PROTECTIVE LIABILITY INSURANCE[1]**

Limits of Liability
_____ Each Occurrence
_____ Aggregate

Insurance Company _____
Policy Period _____
Policy Number _____

| Yes | No | |
|---|---|---|
| ___ | ___ | Railroad named as insured |

---

**F. POLLUTION LIABILITY INSURANCE[2]**

Limits of Liability
_____ Each Occurrence
_____ Aggregate

Insurance Company _____
Policy Period _____
Policy Number _____

___ ___ Additional insured as required
___ ___ Is there an Asbestos exclusion attached to this policy?

01.01.08 – U.S.

## G. UMBRELLA/EXCESS LIABILITY INSURANCE

Limits of Liability     _____ Each Occurrence         Insurance Company _____
                             _____ Aggregate               Policy Period _____
                                                       Policy Number _____

| Yes | No | |
|---|---|---|
| ___ | ___ | Excess of Section A - Worker's Compensation / Employers Liability Insurance. |
| ___ | ___ | Excess of Section B - Commercial General Liability Insurance |
| ___ | ___ | Excess of Section C - Automobile Liability Insurance |
| ___ | ___ | Excess of Section E - Protection and Indemnity Insurance |
| ___ | ___ | Excess of Section F - Pollution Liability Insurance |
| ___ | ___ | Additional Insured, as required |
| ___ | ___ | Follows Form as to coverages and endorsements on primary policies |

## REMARKS:

It is further certified that:
(1)   Each of the above policies contains a provision that the policy shall not be canceled or materially changed without 30 days' prior written notice to the holder of this certificate.
(2)   The policies listed under B, D, E, and F shall be primary to and not in excess of or contributory with any other insurance available to GP.
Upon written request by the holder of this certificate, the Insurer or his agent will furnish a copy of any policy cited above, certified to be a true and complete copy of the original.

## AUTHORIZED REPRESENTATIVE                 PRODUCER

By   _____

                                            Name

    (Printed Name)

                                            Address

Date _____   20_____

| City | State | Zip |
|---|---|---|

| Telephone | Fax |
|---|---|

[1]  Include data for these items if work performed by Contractor includes construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing, and if Contractor's commercial general liability insurance policy is form ISO CG 00 01 11 88.

[2]  If pollution policy is separate, provide the insurance company, policy number, policy period and each occurrence limits.



## EXHIBIT A – SCOPE OF WORK AND GENERAL CONDITIONS

REVISION 0

| | |
|---|---|
| CONTRACT SCOPE: | **MASTER AGREEMENT- BOILER WORK** |
| RFP NUMBER: | RFX-2008-00106 |
| OWNER: | Georgia-Pacific LLC, Flint Hills Resources, Invista, Koch |
| WORK: | MISCELLANEOUS BOILER CONSTRUCTION SERVICES |
| LOCATION: | VARIOUS US FACILITIES |
| BID DUE DATE: | |
| PRE-BID CONFERENCE: | _____ |
| COMMERCIAL CONTACT: | STEPHANIE SOLTAU |
| TECHNICAL CONTACT: | KARL MORENCY |

### 1.0 GENERAL

### 1.1.     PURPOSE

1.1.1. This Boiler Construction Services work is intended to consist of projects within the North America (USA and Canada), at selected Koch facilities, associated with, but not limited to; boiler rebuilds and related boiler work. The Work will require services of crafts to support structural work, boiler and related equipment installation and rebuild, refractory, piping and process ductwork, insulation / lagging and all required scaffolding. These services will be carried through to mechanical completion, including alignment and static checkout.

1.1.2. It is the Owner's intent that all work will be performed in a safe, efficient manner to insure the safety of Contractor's and Owner's personnel and facilities. This shall be accomplished by the Contractor's implementation of a proactive and effective safety program which integrates the Contractor's program with that of each facility where the Contractor works.

1.1.3. This Scope of Work is to provide an overview document and address specific aspects of the Work associated with the Master Agreement, i.e. general description of Work, general conditions requirements, work performed by others, Contractor's responsibility, applicable standards, specifications, codes, Owner furnished equipment and materials, design documents, and close-out/final inspection.

1.1.4. The following items are intended as a guide for the Contractor; however, it is not all inclusive of the required Work or responsibilities associated with the project. All Work shall be complete and in accordance with the project documents, Owner's Standards, governing regulations, Owner's Q/A Q/C program, applicable codes and standard requirements, and this Scope of Work. The Contractor shall provide scheduling and reporting services, as required to report progress and project costs to the Owner, as further described in the Scope of Work and related documents.

1.1.5. Labor, Materials, Tools, Equipment, Supervision which are defined in this Contract as part of the Work shall be supplied by the Contractor and his Subcontractors as described throughout the Scope of Work. Compensation to the Contractor for the Work shall be made only through the Price Structure defined in the Contract. The Contractor has responsibility to include all fees for the Work, as clearly identified in the Contract.

## 1.2. SCOPE OF SERVICES

1.2.1. Except when specifically noted to be Owner furnished, Contractor shall provide all management, supervision, labor, materials, consumables, construction equipment, construction aids, tools, services, testing, warehousing, supplies, inspections, insurance, fully furnished and equipped offices, communication devices, and all other necessary items to successfully accomplish the construction described by this Scope of Work. This includes, but is not limited to, on and off site transportation, receiving, unloading, storing, maintenance, and distribution of construction materials, installation of such materials into the Work, proper care of materials while in the custody of the Contractor, and testing and final construction punch list completion and turnover of the Work as specified.

1.2.2. Properly trained and experienced personnel are a key element of this boiler work. Therefore, the Contractor shall provide qualified personnel for all aspects of the project- safety, planning, supervision, crafts.

1.2.3. The use of proper welding techniques and qualified welders is important to assure project success. It is imperative that the Contractor follows approved procedures and employs qualified personnel to insure that the welding process is acceptable and produces a quality finished product. All welders shall be qualified per site requirements and other applicable standards. Boiler tube welding shall be in done in accordance with site defined Radiography Requirements And Acceptance Criteria For Recovery And Power Boiler Tube-To-Tube Butt Welds and other applicable requirements.

1.2.4. The Contractor shall establish a listing of available personnel who are trained and posses the qualifications required for the work described for this Project. This listing shall include the qualifications which each person holds and the date qualified. Welders shall be included in the list and each weld certification shall be listed. This listing shall include workers, inspectors and supervisory personnel.

1.2.5. Contractor shall participate in the constructability program and project schedule development for the project(s) and provide constructability support when requested. This support will be by personnel who will be involved in the Work and is expected to produce cost savings and expedite the schedule through means and methods input by construction professionals.

1.2.6. Prior to commencement of the Work, Contractor shall develop a "site specific" Project Execution Plan for each project assigned. This Plan shall be reviewed and approved by the Owner before work begins.

[NOTE: Paragraphs 1.2.5 and 1.2.6 shall be reviewed with project participants from each Mill to determine if the requirements are applicable and how they will be enacted.]

## 1.3. TERMINOLOGY

1.3.1. Specific terminology is used to refer to various contractual parties and items. For Contract purposes, the following terms and related definitions shall apply.

Owner -Georgia-Pacific LLC, Flint Hills Resources, Invista, Koch
Owner's Engineer- Engineer of Owner as defined above
Contractor-(Later)
Work-  Miscellaneous Boiler Construction Services
Location-Various
Work-The portion of the boiler related work assigned to Contractor by way of the Master Services Agreement

## 1.4. LOCATION

1.4.1. All Work, except laboratory testing and report preparation, shall be performed at the Owner's plant facilities listed.

## 1.5. OWNER'S PRICING AGREEMENTS

1.5.1. The Owner has established pricing agreements with vendors and suppliers for items such as bulk materials, services, equipment rentals and additional agreements may be negotiated from time to time. The Contractor shall coordinate with the Owner to take advantage of these pricing agreements when making purchases on behalf of the Project.

## 1.6. MATERIALS MANAGEMENT

1.6.1. Contractor will be responsible for protecting equipment, materials, tools, etc. in the Contractor's Care and Custody from damage, theft, and the elements.

1.6.2. Contractor shall bear solely the responsibility for security and/or loss of all materials and equipment in Contractor's charge, whether such materials and equipment are the property of Contractor, are leased or rented by Contractor.

1.6.3. Contractor will bear solely the responsibility for providing proper storage for all materials and equipment in his Care and Custody. Contractor will provide for storage as detailed in the Specifications, Vendor Documents, and as covered in the Owner's Quality Manual. (i.e. proper dunnage, pallets, tarps, closures, and temporary coatings)

1.6.4. Contractor shall supply sufficient back up materials, tools, equipment and supplies to eliminate any down time which could have a detrimental effect on the Work in progress.

1.6.5. The Owner reserves the right to furnish Contractor with all or any portion of the materials, supplies, special tools, or equipment on a no-charge basis. Contractor agrees that mark-ups will not be applicable to any items furnished by the Owner or any Work performed by the Owner. Contractor shall plan the work and notify the Owner of any problems associated with the timing or quantity of Owner-Furnished items. If Owner furnished items are found to be defective, the Contractor shall notify the Owner immediately so corrective action can be initiated. Contractor agrees to identify "work-arounds" when problems are encountered with material discrepancies in both Owner and Contractor furnished material in order to minimize cost and schedule impacts.

## 1.7. PROJECT RECEIVING / STORAGE

1.7.1. Items purchased by the Owner will be offloaded by the Contractor who is responsible for that element of the Scope of Work. The Owner's Warehouse Representative will review the item(s) to insure the requirements of the Owner's Purchase Order are met and will complete the appropriate receiving documents, including discrepancy documents, for items damaged or not in

accordance with the purchase order. The item(s) received will then be turned over to the contractor at the appropriate time.

1.7.2. Contractor shall bare sole responsibility for material and equipment purchased by the Contractor and they shall be stored in areas designated for the Contractor's use.

1.7.3. The Contractor shall take possession of the Owner furnished items from the Owner's storage location and be responsible for handling the items until they are installed in their final location and accepted by the Owner. In some instances the item(s) may be turned over to the Contractor and left in a location until the Contractor is ready to install. Once the items are turned over to the Contractor, he shall be responsible for their Care and Custody, until final acceptance of the completed work.

1.7.4. Receiving hours are site specific.

1.7.5. Contractors shall complete the required forms to request Owner furnished items from storage. The form shall be signed by the requesting Contractor as well as the responsible Owner's Representative. Requests shall be submitted as follows:

    1.7.5.1. By Thursday for the following week's requests, allowing warehouse personnel time to obtain items requested.

    1.7.5.2. 24 hours notice for special requests. Shorter notice must be approved by Project Manager.

    1.7.5.3. Owner's warehouse personnel and Contractor's designee shall inspect item(s) and note any damage or discrepancies found and both shall sign the turnover form indicating the Contractor is accepting responsibility for the item(s).

## 1.8. TEMPORARY FACILITIES

1.8.1. Contractor shall be responsible for the mobilization, installation, and maintenance of temporary facilities required to complete the Work, except as specifically noted to be by others, in the following table. Contractor shall demobilize their temporary facilities upon completion of the Work and restore the site to its "as received" condition, or better. Installation of temporary facilities shall be coordinated with the Owner's representative prior to installation. The Owner will provide a plan for temporary facilities for each Project.

| ITEM | DESCRIPTION | BY OWNER | BY CONTRACTOR | COMMENTS |
|------|-------------|----------|---------------|----------|
|      |             |          |               |          |
| 1    | Temporary Buildings |   |          |          |
| a    | Office Trailers |     |          |          |
| b    | Change Houses |      |          |          |
| c    | Toilet Trailers |    |          |          |
| d    | Brass Alley |        |          |          |
| e    | Fabrication Shops |  |          |          |
| f    | Other (list) |       |          |          |

| ITEM | DESCRIPTION | BY OWNER | BY CONTRACTOR | COMMENTS |
|---|---|---|---|---|
| | | | | |
| 2 | **Lifting Equipment** | | | |
| a | Cranes at Jobsite | | | |
| b | Cranes at Offsite Areas | | | |
| c | Hydraulic cranes at Jobsite | | | |
| d | Hydraulic cranes Offsite Areas | | | |
| e | Material Hoists/forklifts | | | |
| f | Elevators | | | |
| g | Special Rigging | | | |
| h | Overhead Cranes | | | |
| | | | | |
| 3 | **Rail Siding** | | | |
| a | At Jobsite | | | |
| b | At Offsite Areas | | | |
| | | | | |
| 4 | **Erection Equipment** | | | |
| a | Scaffolding and Ladders | | | |
| b | Welding Machines | | | |
| c | Air Compressors | | | |
| d | Weld Gases | | | |
| e | Other   (incl.   Tools   and Consumables) | | | |
| | | | | |
| 5 | **Temporary Power** | | | |
| a | Utility Power | | | |
| b | Sources (Work area-150' rad) | | | |
| c | 110/220v/100a to Contractor's Office | | | |
| d | 110/220v/100a in Contractor's Work Areas | | | |
| e | 480v/200a   in   Contractor's | | | |

| ITEM | DESCRIPTION | BY OWNER | BY CONTRACTOR | COMMENTS |
|------|-------------|----------|---------------|----------|
|      | Work Areas |  |  |  |
| f    | Other |  |  |  |
|      |  |  |  |  |
| **6** | **Water (at single point)** |  |  |  |
| a    | Construction Water |  |  |  |
| b    | Drinking Water |  |  |  |
| c    | Water Source |  |  |  |
| d    | Cooling |  |  |  |
| e    | For hydrotest |  |  |  |
| f    | Demineralized for hydrotest |  |  |  |
|      |  |  |  |  |
| **7** | **Lighting** |  |  |  |
| a    | General Area Lighting |  |  |  |
| b    | Contractor Work Areas (task) |  |  |  |
| c    | Other |  |  |  |
|      |  |  |  |  |
| **8** | **Utilities** |  |  |  |
| a    | Compressed Air |  |  |  |
| b    | Telephone |  |  |  |
| c    | Internet Service |  |  |  |
|      |  |  |  |  |
| **9** | **First Aid Services** |  |  |  |
| a    | Ambulance |  |  |  |
| b    | First Aid Service |  |  |  |
|      |  |  |  |  |
| **10** | **Sanitary Facilities** |  |  |  |
| a    | Chemical Toilets (serviced) |  |  |  |
| b    | At specific area for Contractor |  |  |  |
| c    | Toilet Trailers |  |  |  |
|      |  |  |  |  |
| 11   | Waste Disposal |  |  |  |
| a    | Furnish Dumpsters & Trash Removal |  |  |  |

| ITEM | DESCRIPTION | BY OWNER | BY CONTRACTOR | COMMENTS |
|------|-------------|----------|---------------|----------|
| b | General Clean up | | | |
| c | Clean-up of Contractor Waste | | | |
| d | Disposal of Contractor Hazardous Waste | | | |
| e | Removal of Existing Hazardous Waste | | | |
| | | | | |
| 12 | **Parking** | | | |
| a | Office Parking Lot | | | |
| b | Craft Parking Lot | | | |
| c | Bussing from Off site Parking | | | |
| | | | | |
| 13 | **Roads and Access** | | | |
| a | General access | | | |
| b | Special Haul Roads | | | |
| c | Temporary convenience access | | | |
| | | | | |
| 14 | **Storage Facilities** | | | |
| a | Laydown Areas | | | |
| b | Staging Areas | | | |
| c | Warehouse w/concrete floor and one roll up door. No offices. | | | |
| d | Tool Cribs | | | |
| e | Other (list) | | | |
| | | | | |
| 15 | **Temporary Heating** | | | |
| | | | | |
| 16 | Food Service | | | |
| | | | | |
| 7 | Security | | | |

| ITEM | DESCRIPTION | BY OWNER | BY CONTRACTOR | COMMENTS |
|------|-------------|----------|---------------|----------|
|      |             |          |               |          |
| 17   | Other       |          |               |          |
| a    | Fire retardant clothing |  |           |          |
| b    | Safety Shoes |         |               |          |
| c    | Office supplies & equip. | |          |          |
|      |             |          |               |          |

## 1.9. CONSTRUCTION EQUIPMENT

1.9.1.  Contractor shall mobilize all the necessary construction equipment to undertake the Work and shall be responsible for the temporary importation of that equipment onto the Project Site. Contractor shall be responsible for meeting the entry requirements for equipment, and the safe operation, security, insurance, testing, certification, maintenance, repair, fire protection, fueling and oiling of that equipment. Equipment brought onto the Project Site shall be used exclusively for the execution of the Work unless agreed otherwise by the Owner.

1.9.2.  Contractor's equipment shall be subject to inspection at the time of entering the Project Site and thereafter from time to time by Owner. Any Contractor's equipment which is rejected as not conforming with National, State or Local requirements, manufacturers specifications, or site requirements shall be promptly repaired or replaced with equipment acceptable to Owner without additional cost to Owner and without delay to the schedule.

1.9.3.  Contractor's construction equipment shall be properly sized to safely and efficiently handle the intended Work tasks. Equipment shall be properly maintained and be free of leaks of oils or fuels. Contractor shall immediately report, clean and properly dispose of any fuels or lubricants spilled on to the Project Site.

1.9.4.  Construction Equipment used by Contractor shall not exceed any prevailing laws or Owner requirements limiting the size, weight, and use of said equipment. Where the laws or requirements are not specific, Owner's Representative shall have complete authority to limit the size, movements, and operations of said equipment. Equipment will be site inspected and tested.

1.9.5.  The type of equipment and the dates on which they are brought onto or removed from the Project Site shall be coordinated with and is subject to prior approval by the Owner.

1.9.6.  A Lifting or Rigging Plan shall be submitted to the Owner for approval for all lifts exceeding eighty percent of the rated chart capacity of the proposed equipment and for all lifts in excess of twenty ton. Contractor's crews shall carefully execute such lifts in strict accordance with the approved Lifting Plan. The Lifting Plan shall include description of hoisting equipment and rigging hardware, gross loads, and safety margin at maximum radius.

1.9.7.  All rigging equipment and materials shall be accompanied by appropriate tags, documentation and certification stating its capacity and fitness for duty. Rigging equipment and materials shall be inspected in accordance with OSHA minimum requirements.

1.9.8. Equipment operators will be properly licensed and certified to operate equipment. This includes operators of hydraulic manlifts, forklifts, and other general craft operated equipment.

## 1.10.    HOURS OF WORK

1.10.1. The Owner's facilities are a 24 hours a day, 7 days a week operation. Contractor shall coordinate the mobilization/demobilization and operational hours with the Owner's Construction Manager prior to mobilization. No Contractor can mobilize to the job site without prior approval of the Owner's Project Manager, Construction Manager or designee.

1.10.2. Contractor shall observe the work schedule and the amount of work available, and shall man the job accordingly so that a continuous work effort shall be maintained at all times to coincide with the construction schedule and completion milestones.

1.10.3. The Contractor shall make the assurance that the construction workforce, as well as all Contractor-supplied equipment and materials shall be furnished in correct quantities and in a timely manner, so as not to negatively impact the overall project schedule.

1.10.4. All construction activities for any Contractor's discipline shall coincide with and become incorporated into the rest of the project construction schedule. Installation, checkout, testing, and startup of the installed equipment and/or systems shall take place in a manner that supports the rest of the process startup activity.

1.10.5. Contractor shall maintain the Work during construction and until the project is accepted. This maintenance shall constitute continuous and effective Work prosecuted daily with the adequate equipment and forces to maintain the area in satisfactory condition at all times.

## 1.11.    PERMITS

1.11.1. As Required.

## 1.12.    TAXES

1.12.1. Contractor shall be responsible for all taxes, duties, and tariffs associated with the Work.

## 1.13.    PARKING

1.13.1. Contractor's employees shall only park in designated parking areas. Only approved Contractor vehicles will be permitted inside Owner's facility.

1.13.2. On-Site transportation of Field Employees: If necessary, Contractor shall include the cost of transportation for field employees to and from the work areas from the designated parking areas.

## 1.14.    PLANT OPERATIONS

1.14.1. All Work shall be performed without interfering with the normal operation of the Owner's plant and equipment. When at anytime during the course of the Project, any portion of the Work cannot be performed without shutting down equipment or a section of the plant, Contractor shall discuss this phase of the Work with the Owner's Construction Representative, agreeing with him when such shutdown(s) can be affected and the duration. The Contractor shall obtain clearance from Owner's Construction Representative prior to beginning work in any location where interference could develop.

### 1.15.    WORKMANSHIP

1.15.1. The Work shall be performed in a good workmanlike manner in accordance with the drawings and specifications, and in accordance with good industrial practices.

1.15.2. The Contractor shall provide the required number of personnel properly trained in the activity in which they are engaged. All personnel shall receive the Contractor's standard safety training prior to their assignment to the work, and in addition; all personnel shall attend any required site-specific training prior to beginning work at the site. The Contractor shall be responsible for training their personnel and assuring that personnel have the required trade qualifications to meet the requirements of this Agreement. Contractor shall be responsible for obtaining and maintaining all documentation necessary for their personnel to legally work for the duration of this Agreement.

1.15.3. The Contractor shall provide welders who are certified for the particular type of welding which they perform. A copy of each welder's certification shall be maintained by the Contractor and provided to the Owner's Representative, when requested or required.

### 1.16.    INSPECTION

1.16.1. The Work shall be subject to Owner's Inspection requirements per the included Specifications. Contractor shall strictly adhere to and comply with the inspection requirements as set forth by Contract. Contractor agrees to cooperate and work with Owner, where required, to help assure complete compliance with the Contract Specifications.

1.16.2. Contractor shall be responsible for correcting work found unsatisfactory during these inspections, and shall take such steps as required to prevent recurrence of similar work rejection.

1.16.3. Contractor shall obtain, prior to execution, Owner written authorization for all changes/corrections.

1.16.4. Inspection does not constitute acceptance of the Work.

### 1.17.    SAFETY

1.17.1. Contractor shall have a Corporate Safety Program which meets all regulatory requirements, including Federal and State OSHA regulations. In addition, the Contractor shall adopt the Owner's Safety Program in each facility where work will be performed. Where these programs are different, the more stringent requirement shall apply. The Owner will have a "Work Permit" system for each facility in which the Contractor works, and the permitting process shall be followed explicitly.

1.17.2. Contractor employees will be required to attend Owner's Site safety orientation before starting work on the job. The Labor Cost for this orientation is to be included in the Contractor's pricing.

1.17.3. Contractor will be required to comply with all rules and regulations set forth by Owner and OSHA in performance of the Work.

1.17.4. Contractor shall provide to Owner, prior to mobilization, a "site specific" hazardous communication plan (Safety Program) and Material Safety Data Sheets for all hazardous classified materials associated with the Work. Documents shall be provided by the Contractor within fifteen (15) calendar days after Contract award.

1.17.5. Contractor shall be solely responsible for prosecuting the Work in a safe manner consistent with all herein contained safety references, and shall take whatever means necessary to insure compliance on behalf of his subcontractor(s).

1.17.6. Contractor will be required to have a Safety Representative at each site. This Safety Representative requirement shall apply to every shift, when shift work is required. Qualifications of the Safety Representative must be submitted to the Owner's Site Safety Representative for review and approval.

1.17.7. Contractor shall be explicitly responsible for carrying out the pollution control and environmental protection measures required by the Contract Documents and all Federal, state and local Laws.

1.17.8. Contractor shall furnish construction equipment which meets or exceeds all Owner and OSHA safety requirements. All cranes must have current certification documents upon arrival at the site, including annual inspection reports.

1.17.9. Contractor shall provide an erection plan for any steel which is to be erected and critical lift plans for major equipment handling and lifting.

1.17.10. All Contractor's employees are required to wear a hard hat, safety glasses, steel toed safety shoes, hearing protection, escape respirator and any other safety related equipment required by Owner whenever they are on the Project Site.

## 1.18.    COORDINATION OF WORK

1.18.1. Owner's Construction Representative, or his designee, will have jurisdiction over all coordination with respect to possible interference with other work in the general area. Contractor warrants that he is familiar with the specified type of construction, realizes that he must coordinate his work with the work of other contractors and Facility Operations. He shall cooperate with the Owner's Construction representative to resolve schedule conflicts and has included, to the best of his knowledge, the cost associated with schedule conflict resolution in his Contract Price.

1.18.2. Contractor will provide experienced and competent management personnel to properly supervise, coordinate, and support the construction effort. Resumes of key personnel will be submitted for approval by Contractor with his proposal. Contractor shall designate a competent full-time on-site superintendent who, on behalf of Contractor, shall have complete charge of the Work. Contractor shall advise Owner's Representative in writing of the name, address, and telephone number (day and night) of such designated superintendent. Contractor shall notify the Owner's representative of any proposed change in management personnel and shall receive concurrence prior to the change.

1.18.3. Contractor shall not sublet any portion of the Work without prior written approval from the Owner.

1.18.4. Contractor shall advise the Owner's Representative immediately of any labor disputes being experienced or anticipated.

1.18.5. Contractor is to comply with the working conditions established by the Owner relative to normal hours of work, local site safety requirements, etc.

1.18.6. Contractor is to coordinate all work with Owner's Representative, Vendor's Representative

(who is working under the direction of the Owner), and Contractor Supervision from all disciplines (ie, E & I, Mechanical, Civil).

1.18.7. Contractor shall have met all insurance coverage requirements and have a valid Insurance Certificate on file at the construction site before being allowed to mobilize.

## 1.19.    CODES, SPECIFICATIONS AND STANDARDS

1.19.1. The Contractor shall have a Corporate QA/QC Program which will be the basis for a site-specific Program, to be applied to the work assigned. All Boiler Code required documentation, certifications and test reports shall be maintained by the Contractor and copies shall be provided to the Owner. Documentation shall include, but not be limited to: data and material test reports, NDE reports (3rd party and Contractor), worker certifications (welders and other), weld maps and certified procedures.

1.19.2. A copy of all "Code Stamps" shall be provided to the Owner.

1.19.3. All references to boiler codes, standard codes, specifications, and standards contained in the project specifications and drawings shall mean, and are intended to be, the latest edition, amendment, and/or revision of such reference standard in effect as of the date of these Contract Documents. If not, Contractor shall be responsible for assuring that all related construction activities conform to current standards and that all associated costs are included in the Contract Price.

1.19.4. All discrepancies noted in the field, which require change to the drawings or specifications shall be brought to the immediate attention of Owner's Representative. Contractor will not be paid for any additional field work due to any reason without the prior written approval of Owner's Representative. All field changes must be documented and as-built drawings submitted by Contractor at completion of Work. Payment of retention to Contractor is contingent on Owner's receipt of as-built drawings.

## 1.20.    SITE INVESTIGATION

1.20.1. Contractor conducted an in depth study to determine working conditions and acknowledges that said working conditions were taken into consideration prior to submitting a proposal.

## 1.21.    GENERAL SITE CONDITIONS

1.21.1. <u>Construction Debris</u>:  During performance of the Work and upon termination or completion thereof, Contractor shall remove all debris and waste material and keep and leave the Site of the Work in a condition satisfactory to Owner's Representative. In the event Contractor fails to comply with this, upon twenty-four (24) hours notice, Owner shall remove all debris and waste material and charge the cost of same to the account of Contractor.

1.21.2. <u>Protection of Existing Facilities</u>:  Contractor will take precautions ensuring the protection of existing plant facilities. Contractor shall protect roads and other facilities during the course of the Work from damage resulting from his activities and will repair any resulting damage, at no cost to Owner. Contractor shall execute Work in such a manner that does not disturb or damage surrounding structures or operating systems

1.21.3. <u>Citations</u>:  Contractor shall be responsible for any violations or fines, such as OSHA citations, caused by Contractor's or subcontractor's employees while on the jobsite.

1.21.4. <u>Restrictions:</u> Contractor's employees are restricted to the Contractor's immediate work area. Other areas are <u>off limits</u>.

1.21.5. <u>Plant Security:</u> Contractor's employees will be checked through Owner's gate.

1.21.6. <u>Contractor Background Screening Requirement:</u> "Maritime Security" (MARSEC) Background Checks will be required on all of the Contractor's Employees before security access badges will be issued, at those facilities where MARSEC requirements apply. Other background screening may apply at some selected facilities.

1.21.7. <u>Drug Screening:</u> Drug screening is required of all personnel prior to Site Orientation and entrance to Site. Contractor (at Contractor's expense) will provide drug screen testing on all employees and subcontractor's employees, and shall provide certifications of negative test results to Owner's Safety Representative. These certifications must be submitted prior to employees attending the Site Safety Orientation and being allowed entrance to the Site.

1.21.8. <u>Safe Work Environment:</u> Owner is committed to providing a safe work environment and shall maintain and enforce a work site free of alcohol, illegal drugs, firearms and weapons of any type.

1.21.9. <u>Site Logistics:</u> Owner will provide areas for parking, material laydown, contractor's trailers and other facilities for the project. These areas shall be as designated on the "Construction Facilities" drawing.

## 1.22.   REPORTING

1.22.1. The Contractor shall provide the documents required to keep the Owner apprised of the status of the project. Note in particular, the safety documentation required and see the documents "Project Control Expectations" and "Contractor Data and Document Requirements" for specific documentation requirements.

1.22.2. Contractor to particularly note the various Installation documentation, Manuals and As-Built documentation which is required by the contract documents. In addition to hardcopies, an electronic copy of manuals and as-builts shall be provided.

1.22.3. Applications for payment will not be processed until required reports, schedule updates and other required documentation has been provided by the Contractor.

## 1.23.   KEY PERSONNEL, ADDRESSES AND TELEPHONE NUMBERS

1.23.1. The Contractor shall provide an organizational chart, complete with phone numbers, for all office and field supervisory personnel performing site work. The Owner will provide a list of the same.

1.23.2. Work Location:   Various

1.23.3. Key Field Personnel:      <u>Name</u>  <u>Telephone</u>

(Later)

1.23.4. Correspondence after Award:

(Later)

1.23.5. Applications for Payment:

Original and one (1) copy to Owner's designated representative at the Site.

(Later)

## 1.24.   TECHNICAL DOCUMENTS

1.24.1. The information on the Specifications, Drawings and other Documents form the basis for the Scope of Work. When in doubt about the scope defined in writing as compared to drawings, the Contractor shall take the most strenuous interpretation.   Contractor's failure to bid the appropriate quantities as shown on the Drawings is not justification for an extra to the Contract. Whereas the Technical Documents expressly require a certain make, model of equipment, the Contractor shall not provide a substitute without prior written authorization by the Owner.

1.24.2. Contractor shall supply all non-Owner supplied materials and installation required to complete the Project(s) in accordance with the Contract Documents as listed in the "Technical Documents". All installation related material shall be accompanied by Material Test Reports (MTR's) and other engineering documentation and submitted to the Owner.

1.24.3. Contractor shall maintain a copy of the most current technical documents (drawings, specifications, shop drawings, etc.) at the project site. These documents shall be made available to Contractor personnel installing the Work, to insure installation is in accordance with the most current data. Contractor payment may be withheld for failure to maintain a copy of the most current technical documents in a master file and designated area, for Owner review. Work installed by the Contractor, due to his failure to maintain the appropriate documents, shall be replaced and properly installed at no additional cost to the Owner.

1.24.4. Once the Contractor has mobilized his workforce to the project site, all documents issued by the Owner shall be transmitted to the Contractor, through Field Document Control and the Contractor shall accept documents only in this manner. Exceptions must be approved by the Project Manager.

1.24.5. All information Contractor acquires from Company hereunder, directly or indirectly, including all third-party confidential and/or proprietary information, and all information that arises out of the Work, concerning the Work and proprietary processes involved in the Work, including without limitation, information concerning Company's current and future business plans, information relating to Company's operations, and other Company-furnished information and know-how relating to the Work shall be deemed Company's Proprietary Information.   Company's Proprietary Information shall be held in strictest confidence by Contractor and shall be used solely for purposes of performing the Work. Company's Proprietary Information shall not be disclosed to any other party by any means without written permission from Company, and Company's Proprietary Information shall be returned immediately upon completion of the specific work scope, or as requested by Company at any time.   The obligations under this Paragraph shall survive completion of the Work and termination of this Agreement.

## 1.25.   SITE REQUIREMENTS

1.25.1. Contractor is responsible for determining the existing Site conditions at time of bid.   The Site

condition shall again be determined immediately before any Work proceeds. Any deviation in conditions relating to the Work required shall be reviewed with the Owner's designated representative and scope changes agreed to in writing before any Work proceeds.

1.25.2. Clean-up operations and disposal shall be conducted continuously throughout the duration of the Work.

1.25.3. The Contractor is responsible for disposal and off site removal of all construction debris and material associated with demolition activities. The work area shall be cleaned on a daily basis to the satisfaction of the Owner. If housekeeping is an issue, the Owner has the right to withhold progress payment until the issues are resolved.

1.25.4. Conduct demolition operations and the removal of debris to ensure minimum interference with adjacent equipment, buildings, roads, and tracks occupied or used by Owner.

1.25.5. Hazardous substances including construction debris shall be disposed of in an environmentally safe manner with the prior approval of Owner.

1.25.6. All materials the Contractor brings on-site must have Owner's approved MSDS Sheets before use on site.

1.25.7. Contractor will be responsible for opening crates, and removing equipment. Owner's Representative, Vendor's Representative, and Owner's Q/A Q/C will be present at time of uncrating. Photographs shall be taken of any packaging damage or equipment/material damage found on receipt of the shipping containers.

1.25.8. Contractor will be responsible for removing any protective coatings from equipment in such a manor not to damage any equipment. Protective coatings shall be removed just prior to installation. Disposal of cleaning solvents and protective coating residue shall be properly disposed of in an OSHA and EPA approved manner.

1.25.9. The Contractor is responsible for providing all necessary scaffold and lift equipment necessary to perform the scope of work. The Contractor shall make use of the Owner's Master Rental Agreements when it is advantageous to the Project.

1.25.10.  (If/When applicable) It shall be the responsibility of the Contractor to ensure that any Contractor designed equipment support or pipe supports meet the requirements of Seismic International Building Code. Seismic restraints shall be designed in accordance with the International Building Codes and stamped by a Professional Engineer certified in the State of the Location of Work.

## 1.26.     COMMISSIONING

1.26.1. The Contractor is responsible for tasks related to the static and dynamic check-out for equipment, piping, electrical, and controls systems.

1.26.2. The Contractor will be asked to provide staffing of personnel during start-up & commissioning activities. The "start-up and commissioning crew" shall be experienced with the installation of the equipment included in all construction documentation.

1.26.3. The Owner's Construction Manager or Representative will perform a back check to verify construction is complete and start-up and commissioning activities can begin. Should it be determined that the work has not been completed satisfactorily, the Owner's Construction

Manager or Representative will promptly notify the Contractor, in writing, noting areas that require additional work. The Contractor shall remedy the deficiencies and notify the Owner's Construction Manager or Representative when ready for final inspection. The contract work shall be deemed complete once the Owner's Construction Manager or Representative has inspected the work and both the Contractor and Owner's Construction Manager or Representative sign the Project Completion Form.

## 2.0   CONTRACTORS SCOPE OF WORK

### 2.1   GENERAL

2.1.1   The work shall include the removal and re-installation of insulation, casing, where applicable, and any other shielding mechanism that is required to be removed to access the internals of the boiler and related mechanical components.   The mechanical work, including the removal of damaged components and the repair or replacement, including required testing, shall be included in the scope of services.

### 2.2   BOILER REBUILD & RELATED EQUIPMENT

2.2.1   Pressure Parts – Water Walls, Superheaters, economizers, riser piping, cross over piping,

2.2.2   Steam and Mud drum.

2.2.3   Mechanical Components – Sootblowers, smelt spouts, doors, attachments

2.2.4   Boiler Casing

### 2.3   PIPING & PROCESS EQUIPMENT AND DUCTWORK

2.3.1   Pressure rated piping – Steam and Condensate, Soot Blower piping, drains, etc.

2.3.2   Forced / Induced Draft Fans and related ductwork

2.3.3   Flue Duct

2.3.4   Utility Piping

### 2.4   INSULATION & LAGGING

2.4.1   Boiler Insulation and Refractory

2.4.2   Equipment Insulation

2.4.3   Utility Piping

### 2.5   SCAFFOLDING

2.5.1   Furnish, install and maintain all scaffolding and related systems necessary to access the Work.