# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **GEORGIA-PACIFIC** <br> **CEDAR SPRINGS LLC** <br><br> Plaintiff, <br> v. <br><br> MOR PPM, Inc. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:13-cv-00198-WLS <br> ) <br> ) <br> ) <br> ) |

## ACKNOWLEDGEMENT OF SERVICE

Defendant MOR PPM, Inc. ("Defendant"), through its undersigned counsel, hereby acknowledges service of the Summons and Complaint (the "Complaint") in this action filed in the United States District Court for the Middle District of Georgia, Albany Division, effective as of December 20, 2013. Defendant hereby waives all objections or defenses as to service of process or insufficiency of service of process. All other objections or defenses to the Complaint are not waived and are hereby expressly preserved by Defendant. Undersigned counsel hereby represents that he is authorized to accept service of the Summons and Complaint, including exhibits thereto, on behalf of the Defendant in the above-captioned

1

proceeding and to waive objections or defenses as to service of process or insufficiency of service of process.

So acknowledged this 10th day of April, 2014.

By: _____

Karsten Bicknese, Esq.
Seacrest, Karesh, Tate & Bicknese
56 Perimeter Center East, Suite 450
Atlanta, Georgia 30346
Georgia Bar No. 056826
*Attorney for Defendant*

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **GEORGIA-PACIFIC CEDAR SPRINGS LLC** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 1:13-cv-00198-WLS |
| **MOR PPM, Inc.** | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the within and foregoing *Acknowledgement of Service* upon opposing counsel by U.S. Mail as follows:

> Deborah Cazan
> Alston & Bird LLP
> 1201 West Peachtree Street, Suite 4200
> Atlanta, GA 30309-3424

Respectfully submitted this 10 day of April, 2014.

By: _____
Karsten Bicknese, Esq.

1

Seacrest, Karesh, Tate & Bicknese
56 Perimeter Center East, Suite 450
Atlanta, Georgia 30346
Georgia Bar No. 056826
*Attorney for Defendant*